IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: JAMES H JEWELL JR<br>DANIELLE L JEWELL<br>223 WASHINGTON AVE<br>LANCASTER, OH  43130 | Case No: 09-64540<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on January 21, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JAMES H JEWELL JR
       DANIELLE L JEWELL
       223 WASHINGTON AVE
       LANCASTER, OH  43130

Case No: 09-64540

Chapter 13

Judge: John E. Hoffman Jr.

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on December 14, 2009.
The plan was confirmed on July 29, 2010.
The Case was concluded on January 21, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:        105,121.57

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 21.00%

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| American Collection System<br>00009     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Arrow Financial Services<br>00010     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Assem Houssein MD<br>00011     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC<br>00070     UNSECURED | 401.66 | 401.66 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00008     PRIORITY | 3,481.32 | 3,481.32 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO<br>00091     UNSECURED | 68.07 | 68.07 | 0.00 | 0.00 |
| BANK OF AMERICA<br>00013     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Bank of America<br>00014     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Bank of America<br>00012     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Berks Credit & Collections<br>00015     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Buckeye Chiropractic and Rehab<br>00016     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Cap One<br>00018     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE<br>00001     SECURED-PMSI | 1,339.03 | 1,339.03 | 44.64 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-64540    JAMES H JEWELL JR and DANIELLE L JEWELL

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| Capital One Bank<br>00020    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Capital Recovery Systems<br>00021    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Cash Advantage<br>00022    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CBCS<br>00023    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CheckCare<br>00024    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Childrens Anesthesia Assocs<br>00025    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Citi<br>00026    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Citizens Bank<br>00027    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| City of Lancaster Traffic Violations Dep<br>00028    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| City of Marysville<br>00029    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| COLUMBUS RADIOLOGY CORP<br>00030    UNSECURED | 77.87 | 77.87 | 0.00 | 0.00 |
| Columbus Radiology Corp<br>00031    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DANIELLE L JEWELL<br>00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION<br>00087    UNSECURED | 7,199.35 | 7,199.35 | 0.00 | 0.00 |
| EMC MORTGAGE CORPORATION<br>00003    UNSECURED | 4,647.31 | 4,647.31 | 0.00 | 0.00 |
| EYE SPECIALISTS INC<br>00032    UNSECURED | 4.20 | 4.20 | 0.00 | 0.00 |
| Fairfield Christian Academy<br>00033    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Fairfield County Job and Family Services<br>00034    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Fairfield Medical Center<br>00035    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Fairfield Medical Center<br>00036    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Fairfield Medical Center<br>00037    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Fairfield Medical Center<br>00038    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Fairfield Medical Center<br>00040    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FAIRFIELD MEDICAL CTR<br>00039    UNSECURED | 132.72 | 132.72 | 0.00 | 0.00 |
| FAIRFIELD NATIONAL BANK<br>00041    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 09-64540   JAMES H JEWELL JR and DANIELLE L JEWELL

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| FFCC-Columbus Inc 00046 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC-Columbus Inc 00047 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC-Columbus Inc 00042 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC-Columbus Inc 00043 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC-Columbus Inc 00044 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC-Columbus Inc 00045 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FFCC-Columbus Inc 00048 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Financial Asset Management Services 00049 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| First Medical Urgent Family Care Center 00050 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Gemb/Lowes 00051 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Hocking Valley Community Hospital 00052 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC Bank 00053 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC Bank 00054 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC Bank 00055 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00007 PRIORITY | 7,978.83 | 7,978.83 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00089 UNSECURED | 339.86 | 339.86 | 0.00 | 0.00 |
| JAMES H JEWELL JR 00000 DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00017 UNSECURED | 1,408.06 | 1,408.06 | 0.00 | 0.00 |
| JS & ASSOCIATES APPRAISAL SVCS 00090 APPRAISER | 250.00 | 250.00 | 0.00 | 0.00 |
| LANCASTER INCOME TAX 00006 PRIORITY | 1,971.29 | 1,971.29 | 0.00 | 0.00 |
| LVNV FUNDING LLC 00058 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MEADE & ASSOCIATES 00059 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MEADE & ASSOCIATES 00060 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Medco 00061 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Memorial Hospital of Union County 00062 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 09-64540    JAMES H JEWELL JR and DANIELLE L JEWELL

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| Mid Ohio Radiology<br>00063    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT<br>00064    UNSECURED | 174.13 | 174.13 | 0.00 | 0.00 |
| Monterey Collections<br>00065    UNSECURED | 53.28 | 53.28 | 0.00 | 0.00 |
| Mount Carmel Neurosciences<br>00066    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| National Cash Advance<br>00067    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NATIONAL MUSIC FUNDING<br>00068    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NATIONAL PAYMENT CENTER<br>00086    UNSECURED | 1,026.36 | 1,026.36 | 0.00 | 0.00 |
| Nco Fin/22<br>00069    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Ohio Attorney General<br>00071    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OHIO STATE UNIVERSITY<br>00072    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Perry County Dental Group<br>00073    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Portfolio Recovery and Affiliates<br>00074    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO<br>00019    UNSECURED | 154.42 | 154.42 | 0.00 | 0.00 |
| QVC<br>00075    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Radiology Assocs of Athens<br>00076    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| REGISTRY FUND<br>00056    UNSECURED | 45.78 | 45.78 | 0.00 | 0.00 |
| Rent-A-Center Inc.<br>00088    LEASE | Paid outside | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES<br>00057    UNSECURED | 104.15 | 104.15 | 0.00 | 0.00 |
| Rossman & Co<br>00077    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Rossman & Co<br>00078    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Rossman & Co<br>00079    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Rossman & Co<br>00080    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SOCIAL SECURITY ADMINISTRATION<br>00081    UNSECURED | 8,083.95 | 7,323.70 | 0.00 | 760.25 |
| SPECIALIZED LOAN SERVICING LLC<br>00005    PRE-PET MTG ARREARS | 6,870.19 | 6,870.19 | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC<br>00004    MORTGAGE | 0.00 | 45,777.84 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 09-64540   JAMES H JEWELL JR and DANIELLE L JEWELL

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| TPI ASSET MANAGEMENT 00083   UNSECURED | 5,054.10 | 5,054.10 | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC 00084   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC 00085   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| VANDA LLC 00082   UNSECURED | 186.62 | 186.62 | 0.00 | 0.00 |
| Debtor refund to be issued upon the approval of the Final Report and Account | 2,510.98 | 2,510.98 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 8,209.22 | 13,431.44 | 138,866.15 | 0.00 | 2,510.98 | 163,017.79 |
| PRIN PAID | 53,987.06 | 13,431.44 | 28,401.64 | 0.00 | 2,510.98 | 98,331.12 |
| INT PAID | 44.64 | 0.00 | 0.00 | 0.00 | | 44.64 |
| | | | | | TOTAL PAID: | 98,375.76 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY DAVID A BHAERMAN ESQ | ALLOWED 2,200.00 | TOTAL PAID 2,200.00 |
|---|---|---|

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 4,295.81 | 0.00 | 0.00 | 4,295.81 |

Dated: 02/11/2015

/s/ Faye D. English

FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JAMES H JEWELL JR  
      DANIELLE L JEWELL  
      223 WASHINGTON AVE  
      LANCASTER, OH  43130

Case No: 09-64540

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English  
FAYE D. ENGLISH TRUSTEE  
CHAPTER 13 TRUSTEE  
ONE COLUMBUS  
10 WEST BROAD ST., SUITE 900  
COLUMBUS, OH  43215-3449  
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JAMES H JEWELL JR  
       DANIELLE L JEWELL  
       223 WASHINGTON AVE  
       LANCASTER, OH  43130

Case No: 09-64540

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 2/11/2015

/s/ Faye D English  
Electronically signed by  
Faye D English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee  
Faye D English, Chapter 13 Trustee  
, Attorney for Debtor

By ordinary U.S. Mail addressed to:

**Plus all parties on the attached Creditor Matrix**

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-64540   JAMES H JEWELL JR and DANIELLE L JEWELL

Creditor Matrix for Case Number 09-64540

| Creditor Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Atlas Acquisitions LLC | 294 Union St. | Hackensack | NJ | 076010000 |
| Candica, LLC | Weinstein & Riley 2001 Western | Seattle | WA | 981210000 |
| Capital One Auto Finance | 3905 N. DALLAS PARKWAY | PLANO | TX | 750930000 |
| Deutsche Bank National Trust Company | 14841 Dallas Parkway Suite 300 | Dallas | TX | 752540000 |
| Deutsche Bank National Trust Company | 14841 Dallas Parkway, Suite 300 | Dallas | TX | 752540000 |
| Deutsche Bank National Trust Company | 9441 LBJ Freeway Suite 350 | Dallas | TX | 752430000 |
| GC III LLC | Vativ Recovery Solutions Agent PO Box 40728 | Houston | TX | 772400728 |
| JS & Associates Appraisal Services, LLC | P.O. Box 360713 | Columbus | OH | 432360713 |
| Ohio Department of Taxation | | | | 000000000 |
| Ohio State University | | | | 000000000 |
| OneWest Bank, FSB | | | | 000000000 |
| OneWest Bank, FSB | PO Box 829009 | Dallas | TX | 753829009 |
| Real Time Resolutions, Inc. | 1750 Regal Row, Suite 120 P O Box 36655 | Dallas | TX | 752350000 |
| Specialized Loan Servicing, LLC | Bankruptcy Department 8742 Lucent Blvd Suite 300 | Highlands Ranch | CO | 801290000 |
| TPI Asset Management, LLC | C/O Bryan B. Johnson, Esq. 5003 Horizons Drive | Columbus | OH | 432205292 |
| Vanda, LLC | c/o Weinstein & Riley, P.S. 2001 Western Ave., Ste. 400 | Seattle | WA | 981210000 |
| Wells Fargo Bank, N.A. | | | | 000000000 |
| American Collection System | 2500 Corporate Exchange | Columbus | OH | 432310000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-64540    JAMES H JEWELL JR and DANIELLE L JEWELL

| | | | | |
|---|---|---|---|---|
| Arrow Financial Services | 5996 W Touhy Ave | Niles | IL | 607140000 |
| Assem Houssein MD | 2405 North Columbus Street Suite 130 | Lancaster | OH | 431300000 |
| Asst US Trustee (Col) | Office of the US Trustee 170 North High Street | Columbus | OH | 432150000 |
| Bank of America | 450 American St | Simi Valley | CA | 930650000 |
| Bank of America | 7105 Corporate Drive | Plano | TX | 750240000 |
| Bank of America | P.O. Box 15726 | Wilmington | DE | 198865726 |
| Bank of America | PO Box 1598 | Norfolk | VA | 235010000 |
| Bank of America | PO Box 17054 | Wilmington | DE | 198500000 |
| Berks Credit & Collections | 900 Corporate Dr | Reading | PA | 196050000 |
| Buckeye Chiropractic and Rehab | 1583 Victor Road | Lancaster | OH | 431300000 |
| CACH LLC | 4340 S Monaco 2nd Floor | Denver | CO | 802370000 |
| CBCS | PO Box 163250 | Columbus | OH | 432160000 |
| Candica, LLC | c/o Weinstein & Riley, P.S. 2001 Western Ave., Ste. 400 | Seattle | WA | 981210000 |
| Cap One | PO Box 85520 | Richmond | VA | 232850000 |
| Capital One Auto Finan | 3901 Dallas Pkwy | Plano | TX | 750930000 |
| Capital One Bank | 204 East Market Street | Louisville | KY | 402020000 |
| Capital Recovery Systems | 750 Cross Pointe Road Suite S | Columbus | OH | 432300000 |
| Cash Advantage | 1255 North Memorial Drive | Lancaster | OH | 431300000 |
| CheckCare | PO Box 2977710 | Columbus | OH | 432290000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-64540    JAMES H JEWELL JR and DANIELLE L JEWELL

| | | | | |
|---|---|---|---|---|
| Childrens Anesthesia Assocs | Dept L-2764 | Columbus | OH | 432600000 |
| Christopher Ranieri | 3890 West Commercial Blvd Suite 218 | Fort Lauderdale | FL | 333090000 |
| Citi | PO Box 6241 | Sioux Falls | SD | 571170000 |
| Citizens Bank | 188 W Main St | Logan | OH | 431381606 |
| City of Lancaster Income Tax Dept | PO Box 128<br>104 East Main Street | Pickerington | OH | 431470000 |
| City of Lancaster Traffic Violations Dep | 130 South Broad Street | Lancaster | OH | 431300000 |
| City of Marysville | Medicount Management<br>PO Box 621005 | Cincinnati | OH | 452620000 |
| Columbus City Attorney | 375 South High Street | Columbus | OH | 432150000 |
| Columbus Radiology Corp | PO Box 7169 | Columbus | OH | 432050000 |
| Cooper Financial | PO Box 9759 | Pompano Beach | FL | 330750000 |
| Douglas A Haessig | PO Box 968 | Twinsburg | OH | 440870000 |
| Emc Mortgage | Po Box 293150 | Lewisville | TX | 750290000 |
| Eye Specialists | 784 East Main Street | Lancaster | OH | 431300000 |
| FFCC-Columbus Inc | 1550 Old Henderson Rd | Columbus | OH | 432200000 |
| Fairfield Christian Academy | 1965 North Columbus Street | Lancaster | OH | 431300000 |
| Fairfield County Common Pleas Court | 204 East Main Street | Lancaster | OH | 431300000 |
| Fairfield County Job and Family Services | 239 West Main Street | Lancaster | OH | 431300000 |
| Fairfield County Municipal Court | 104 East Main Street<br>P.O. Box 2390 | Lancaster | OH | 431300000 |
| Fairfield Medical Center | 1153 East Main Street | Lancaster | OH | 431300000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-64540    JAMES H JEWELL JR and DANIELLE L JEWELL

| | | | | |
|---|---|---|---|---|
| Fairfield National Bank | 143 W Main St | Lancaster | OH | 431300000 |
| Financial Asset Management Services | PO Box 451109 | Atlanta | GA | 311450000 |
| First Medical Urgent Family Care Center | 12014 River Valley Blvd | Lancaster | OH | 431300000 |
| French and French | 2530 Scottsville Road Suite 17 PO Box 51184 | Bowling Green | KY | 421020000 |
| GEMB/Lowes | PO Box 103065 | Roswell | GA | 300760000 |
| Genesis Financial Services | Vativ Recovery Solutions, LLC As Agent For Genesis Financial Services | | | 941863200 |
| HSBC Bank | PO Box 5253 | Carol Stream | IL | 601970000 |
| Hocking Valley Community Hospital | 601 State Route 664 North | Logan | OH | 431380000 |
| Internal Revenue Service | PO Box 21126 | Philadelphia | PA | 191140000 |
| Jefferson Capital Systems LLC | PO BOX 7999 | SAINT CLOUD | MN | 563029617 |
| LVNV Funding LLC | PO Box 740281 | Houston | TX | 772740000 |
| LVNV Funding LLC | Resurgent Capital Services PO Box 10587 | Greenville | SC | 296030587 |
| Lancaster Hematology/Oncology | PO Box 948 | Lancaster | OH | 431300000 |
| Meade & Associates | 737 Enterprise Dr | Westerville | OH | 430810000 |
| Medco | 15001 Trinity Blvd Suite 300 | Fort Worth | TX | 761550000 |
| Memorial Hospital of Union County | 500 London Ave | Marysville | OH | 430400000 |
| Mid Ohio Radiology | 7239 Sawmill Road Suite 111 | Dublin | OH | 430160000 |
| Midland Credit Management | 8875 Aero Drive | San Diego | CA | 921230000 |
| Midland Credit Management, Inc. | 8875 Aero Drive, Suite 200 | San Diego | CA | 921230000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-64540  JAMES H JEWELL JR and DANIELLE L JEWELL

| | | | | |
|---|---|---|---|---|
| Monterey Collections | 4095 Avenida De Lane | Oceanside | CA | 920560000 |
| Mortgage Electronic Registration Systems | 3300 SW 34th Avenue Suite 101 | Ocala | FL | 344740000 |
| Mount Carmel Neurosciences | PO Box 951139 | Cleveland | OH | 441930000 |
| NCO Fin/22 | 507 Prudential Rd | Horsham | PA | 190440000 |
| NCO Financial Systems | 507 Prudential Road | Horsham | PA | 190440000 |
| National Cash Advance | 1362 Ety Road | Lancaster | OH | 431300000 |
| National Music Funding | PO Box 2629 | Carlsbad | CA | 920180000 |
| Nationwide Credit | 2015 Vaughn Road NW Suite 400 | Kennesaw | GA | 301440000 |
| Northland Group | PO Box 390846 | Minneapolis | MN | 554390000 |
| Ohio Attorney General | 30 East Broad Street 21st Floor | Columbus | OH | 432150000 |
| Ohio Department of Taxation | Bankruptcy Division P.O. Box 530 | Columbus | OH | 432160000 |
| Ohio Dept of Taxation Bankruptcy Div | PO Box 530 | Columbus | OH | 432660030 |
| Ohio State University | 190 N Oval Mall | Columbus | OH | 432100000 |
| Onewest Bank | 6900 Beatrice Dr | Kalamazoo | MI | 490090000 |
| PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. POB 41067 | NORFOLK | VA | 235410000 |
| Perry County Dental Group | 257 East Jefferson St | New Lexington | OH | 437640000 |
| Portfolio Recovery and Affiliates | 120 Corporate Blvd Suite 1 | Norfolk | VA | 235020000 |
| QVC | QVC Studio Park | West Chester | PA | 193804262 |
| Radiology Assocs of Athens | PO box 2608 | Athens | OH | 457010000 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-64540 JAMES H JEWELL JR and DANIELLE L JEWELL

| | | | | |
|---|---|---|---|---|
| Real Time Resolutions, Inc. | 1750 Regal Row Suite 120 PO Box 36655 | Dallas | TX | 752350000 |
| Rent-A-Center Inc. | 1255 North Memorial Drive | Lancaster | OH | 431300000 |
| Rossman & Co | 3592 Corporate Dr Suite 10 | Columbus | OH | 432310000 |
| Social Security Administration | 155-10 Jamaica Ave | Jamaica | NY | 114320000 |
| Specialized Loan Servicing, LLC | 8742 Lucent Blvd, Suite 300 | Highlands Ranch | CO | 801290000 |
| TARGET NATIONAL BANK | C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 | SEATTLE | WA | 981210000 |
| TPI Asset Management | 6724 Perimeter Loop Road Suite 118 | Dublin | OH | 430173202 |
| TPI Asset Management | Bryan B Johnson 5003 Horizons Dr Suite 200 | Columbus | OH | 432200000 |
| Target | PO Box 673 | Minneapolis | MN | 554400000 |
| U.S. Department of Education | P.O. Box 65128 | Saint Paul | MN | 551650000 |
| US Department of Education | Direct Loan Svcg PO Box 5609 | Greenville | TX | 754035609 |
| US Dept of Educ | PO Box 5609 | Greenville | TX | 754030000 |
| US Dept of Educ | PO Box 8422 | Chicago | IL | 606050000 |
| US Dept of Education | PO Box 5609 | Greenville | TX | 754030000 |
| United Collection Bureau Inc | 5620 Southwyck Blvd | Toledo | OH | 436140000 |
| United States of America, | on behalf of Social Security Admin. 1500 Woodlawn Dr | Baltimore | PA | 191229985 |
| Wells Fargo Bank, NA | c/o Manley, Deas, Kochalski LLC. P.O. Box 165028 | Columbus | OH | 432165028 |
| Danielle L. Jewell | 223 Washington Avenue | Lancaster | OH | 431300000 |
| David Bhaerman | 19 West Columbus St | Pickerington | OH | 431471255 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-64540   JAMES H JEWELL JR and DANIELLE L JEWELL

| | | | | |
|---|---|---|---|---|
| Faye D. English | Chapter 13 Trustee<br>10 West Broad Street | Columbus | OH | 432153449 |
| James H. Jewell Jr. | 223 Washington Avenue | Lancaster | OH | 431300000 |